Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Ricardo Cendejas Hernandez, et al,<br><br>Defendants. | CASE NO. 3:18-cv-01100-RS<br><br>[~~Proposed~~] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT GILBERTO MORALES |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendant GILBERTO MORALES that the above-entitled action is hereby dismissed **without prejudice** against Defendant GILBERTO MORALES.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 15, 2018, the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

  6/14/18                                              Dated: /s/ Richard Seeborg
The Honorable Richard Seeborg
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
Case No. 3:18-cv-01100-RS
PAGE 1